James E. Doroshow (SBN 112920)
   jdoroshow@foxrothschild.com
Ashe Puri (SBN 297814)
   apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone:  310-598-4150
Facsimile:   310-556-9828

Attorneys for Defendants,
THE TAUNTON PRESS, INC., ROBERT NEILSON, AND JOSEPH MCDONALD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VBCONVERSIONS LLC, a California Limited Liability Company,<br><br>      Plaintiff,<br><br>   v.<br><br>THE TAUNTON PRESS, INC., a Connecticut corporation; ROBERT NEILSON, an individual; JOSEPH MCDONALD, an individual; DOES 1-10, inclusive,<br><br>      Defendants. | Case No.: 5:15-CV-05305-ODW-AGR<br><br>Hon. Judge Otis D. Wright, II<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint filed:     7/15/15<br><br>Original Response Date:   8/21/15<br><br>New Response Date:    8/28/15 |

STIPULATION

Plaintiff VBConversions LLC ("Plaintiff") and Defendants The Taunton Press, Inc., Robert Nielson, and Joseph McDonald (collectively, "Defendants") hereby stipulate and agree as follows:

WHEREAS, Defendants were served with a Summons and Complaint in this action on July 31, 2015;

WHEREAS, the deadline to respond to the Complaint is currently August 21, 2015;

WHEREAS, the parties are engaging in settlement discussions in an attempt to resolve this matter without additional Court intervention and believe an extension of seven (7) days is necessary;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their counsel, that the time for Defendants to respond to the Complaint is extended for an additional period of seven (7) days, such that Defendants' response to the Complaint shall now be due on **August 28, 2015**.

Dated: August 21, 2015                    LAW OFFICES OF DONALD M. GINDY

By _____
Donald M. Gindy
Attorney for Plaintiff,
VBCONVERSIONS LLC

Dated:  August 21, 2015                    FOX ROTHSCHILD LLP

By    /s/ James E. Doroshow
_____
James E. Doroshow
Ashe Puri
Attorneys for Defendants,
THE TAUNTON PRESS, INC., ROBERT
NEILSON, AND JOSEPH MCDONALD

STIPULATION