**DONALD M. GINDY (SBN #45228)**
LAW OFFICES OF DONALD M. GINDY
1925 Century Park East, Suite 650
Los Angeles, CA 90067
Email: don@gindylaw.com
Tel: (424) 284-3123

Attorney for Plaintiff,
VBCONVERSIONS LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WEST REGION

| | |
|---|---|
| VBCONVERSIONS LLC, A California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE TAUNTON PRESS, INC., a Connecticut corporation; ROBERT NEILSON, an individual; JOSEPH MCDONALD, an individual; DOES 1-10, inclusive;<br><br>Defendants. | Case No: 15-cv-05305 ODW(AGRx)<br>*[Assigned to Hon. Otis D. Wright, II]*<br><br>**PLAINTIFF, VBCONVERSIONS LLC, RESPONSE TO ORDER TO SHOW CAUSE RE: SETTLEMENT** |

**TO THE COURT:**

On October 16, 2015, the Court issued an Order to Show Cause re: the parties indication of a tentative settlement. In response thereto, the parties indicate they have fully executed a settlement agreement and mutual release. The agreement provides for certain terms and conditions to be satisfied on or before April 15, 2016.

1
RESPONSE TO OSC RE: SETTLEMENT

It is respectfully requested that the court retain jurisdiction over the parties in order to enforce the terms of the agreement. Upon full satisfaction of the terms and conditions of the agreement on or before said date, the parties will enter a stipulation to dismiss the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: November 30, 2015          LAW OFFICE OF DONALD M. GINDY

*/s/ Donald M. Gindy*

DONALD M. GINDY
ATTORNEY FOR PLAINTIFF,
VBCONVERSIONS, LLC.

DATED:                            WIGGIN & DANA LLP

*/s/ Sapna W. Palla*

SAPNA W. PALLA
ATTORNEY FOR DEFENDANTS,
THE TAUNTON PRESS; ROBERT NIELSEN;
JOSEPH MCDONALD