# United States District Court
# Central District of California

| | |
|---|---|
| VBCONVERSIONS LLC,<br><br>   Plaintiff,<br><br> v.<br><br>THE TAUNTON PRESS, INC.; ROBERT NEILSON; JOSEPH McDONALD; and DOES 1-10, inclusive,<br><br>   Defendants. | Case No. 5:15-cv-05305-ODW(AGR)<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Based on the parties' response to the Court's Order to Show Cause re: Settlement (ECF No. 32), the Court hereby continues the Order to Show Cause re: Settlement to **April 22, 2016.** On or before that date, the Court **ORDERS** the parties **TO SHOW CAUSE**, in writing, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

December 1, 2015

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**